# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| LIBERTY WALLACE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CV418-218 |
| ) | |
| CHATHAM COUNTY ANIMAL SERVICES ) | |
| and CITY OF SAVANNAH POLICE ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

## SUPPLEMENTAL REPORT AND RECOMMENDATION

*Pro se* plaintiff Liberty Wallace alleged in her 42 U.S.C. § 1983 Complaint that a police officer took her dog and may be attempting to euthanize it. Doc. 1 at 4-6. Plaintiff paid her filing fee. Because the complaint as pleaded was frivolous and had not been served, the Court directed plaintiff to file an amended complaint and show cause why her complaint should not be dismissed for failure to serve or face a recommendation of dismissal. Doc. 6. The Court also recommended the dismissal of defendant City of Savannah Police Department because is not a proper party to a 42 U.S.C. § 1983 complaint. *Id*. Plaintiff has failed to file either an amended complaint or show cause why her complaint should not be dismissed for failure to serve.

This Court has the authority to prune cases from its dockets where parties have failed to comply with its Orders. See L.R. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992). Here, plaintiff has failed to comply with a court ordered deadline. Wallace's case in its entirety should thus be **DISMISSED** without prejudice for failing to comply with the Court's Order.

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this

R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO ORDERED and REPORTED AND RECOMMENDED,** this 22nd day of February, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA