IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LIBERTY WALLACE, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV418-218
 )
CHATHAM COUNTY ANIMAL SERVICES, )
and CITY OF SAVANNAH POLICE )
DEPARTMENT, )
 )
    Defendants. )
 )

## O R D E R

Before the Court are the Magistrate Judge's Report and Recommendation (Doc. 6) and Supplemental Report and Recommendation (Doc. 7). Plaintiff has failed to file any objections to the Magistrate Judge's findings. After careful consideration and review of the record, the report and recommendation and supplemental report and recommendation are **ADOPTED** as the Court's opinion in this case. As a result, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of March 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA